**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

LUIS PAGAN,

        Appellant

        v.

PENNA. BOARD OF PROBATION AND
PAROLE, AND HON. KATHLEEN KANE
ATTORNEY GENERAL
COMMONWEALTH OF PENNSYLVANIA,

        Appellees

: No. 35 EAP 2014
:
:
: Appeal from the Order of 06/09/2014
: (entered on 06/10/2014) in the
: Commonwealth Court at No. 10 MD 2014
:
:
:
:
:
:
:
:
:
:
:
:

## ORDER

**PER CURIAM**

    **AND NOW,** this 27th day of April, 2015, the Order of the Commonwealth Court is

AFFIRMED.